```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 13-04857-MDF
Larry E Straub, Jr                                                  Chapter 13
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1      User: AGarner              Page 1 of 1          Date Rcvd: Jan 11, 2017
                          Form ID: ntrevtfr          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db             +Larry E Straub, Jr,    280 Kernel Lane,    Etters, PA 17319-9786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig H Fox    on behalf of Creditor c/o Craig H. Fox  Springleaf Financial Services of
               Pennsylvania, Inc. Bankruptcy@Foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com,
               cfox@foxandfoxlaw.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor Larry E Straub, Jr Mtravislaw@comcast.net
              Timothy P. Ruth    on behalf of Creditor    Fairview Township truth@stockandleader.com,
               pruth@stockandleader.com;mridings@stockandleader.com;sdoyle@stockandleader.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Larry E Straub Jr
aka Larry E Straub
Debtor(s)

Chapter 13

Case No. 1:13−bk−04857−MDF

## Notice

Notice to the Debtor:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for debtor unless a Certification Regarding Domestic Support Obligations and a Certification About a Financial Management Course are filed. Only certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be refiled.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 <br> (717) 901−2800 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Terrence S. Miller <br> By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 11, 2017 |