```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-04857-MDF
Larry E Straub, Jr                                                  Chapter 13
        Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AGarner              Page 1 of 1              Date Rcvd: Feb 14, 2017
                              Form ID: fnldecnd          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
```
db             +Larry E Straub, Jr,    280 Kernel Lane,    Etters, PA 17319-9786
cr             +c/o Craig H. Fox Springleaf Financial Services of,    Fox and Fox Attorneys at Law, P.C.,
                 One Montgomery Plaza,    Suite 706,    Norristown, PA 19401-4852
4379289        +Capital One,    6125 Lake View Road,    Suite 800,    Charlotte, NC 28269-2605
4379291        +Fairview Township,    599 Lewisberry Road,    New Cumberland, PA 17070-2399
4379292         Fairview Township,    care of Walter Tilley Esquire,    221 W Philadelphia Street,
                 York, PA 17401-2994
4388158         Fairview Township,    David A Jones, Esq Stock and Leader,    221 W Philadelphia St Ste E600,
                 York, PA 17401-2994
4379294        +JP Morgan Chase Bank,    care of 3415 Vision Drive,    Columbus, OH 43219-6009
4379295        +JPMorgan Chase Bank,    care of KML Law Group PC,    Ste 5000 BNY Mellon Ind Ctr,
                 701 Market Street,    Philadelphia, PA 19106-1538
4416296        +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
4532729        +Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
                 425 Swede Street,    One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
4379290        +Walmart,    702 SW 8th Street,    Bentonville, AR 72716-6299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4379293         E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2017 19:03:12     JC Penney,    PO Box 960090,
                 Orlando, FL 32896-0090
4379296        +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2017 19:03:12     Lowes,    PO Box 1111,
                 North Wilkesboro, NC 28659-1111
4428681         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2017 19:09:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4414133         E-mail/PDF: cbp@onemainfinancial.com Feb 14 2017 19:02:49
                 SPRINGLEAF FINANCIAL SERVICES, INC.,    P.O. BOX 3251,    EVANSVILLE, IN 47731
4379297         E-mail/PDF: cbp@onemainfinancial.com Feb 14 2017 19:03:13     Springleaf Financial,
                 125 Gateway Drive,    Ste 109,    Mechanicsburg, PA 17050
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Fairview Township,    599 Lewisberry Road,    New Cumberland, Pa 17070-2399
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig H Fox    on behalf of Creditor c/o Craig H. Fox  Springleaf Financial Services of
               Pennsylvania, Inc. Bankruptcy@Foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com,
               cfox@foxandfoxlaw.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor Larry E Straub, Jr Mtravislaw@comcast.net
              Timothy P. Ruth    on behalf of Creditor    Fairview Township truth@stockandleader.com,
               pruth@stockandleader.com;mridings@stockandleader.com;sdoyle@stockandleader.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Larry E Straub Jr
aka Larry E Straub
280 Kernel Lane
Etters, PA 17319

Chapter 13
Case No. 1:13−bk−04857−MDF

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2435

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Larry E Straub Jr, Debtor in accordance with §1328 of the Bankruptcy Code.

Dated: February 14, 2017

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: AGarner, Deputy Clerk